IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GLENN MICHAEL O'NEAL, JR.,<br><br>    Plaintiff,<br><br>      v.<br><br>CITY OF HIRAM, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:19-CV-177-TWT |

### ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 125] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 88] and declining to exercise supplemental jurisdiction as to the Plaintiff's state law claims. The Plaintiff's Objections to the Report and Recommendation are without merit. The Magistrate Judge properly applied the standard for granting summary judgment. The Magistrate Judge did not abuse his discretion in not allowing a Sur-Reply to be filed. For the reasons set forth by the Magistrate Judge, the Plaintiff did not exhaust his administrative remedies as to his termination claims. The Plaintiff's First Amendment and Section 1983 claims are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 88] is GRANTED. The Court declines to

exercise supplemental jurisdiction as to the Plaintiff's state law claims and the Defendants' counterclaims and they are DISMISSED without prejudice. The Plaintiff's Motion for Summary Judgment [Doc. 93] is DENIED as moot.

SO ORDERED, this 24 day of March, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge